UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INGA KARALIUTE, </br></br> Plaintiff, </br></br> v. </br></br> DECLERQ, INC., </br></br> DEWITT SERVICES, INC., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:20-cv-01354-LMB-MSN |

## STIPULATION OF DISMISSAL IN LIGHT OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Inga Karaliute, and DECLERQ, INC., and DEWITT SERVICES, INC., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed WITH PREJUDICE, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: June 18, 2021

[Signatures on following page.]

So Ordered

/s/ _____
Leonie M. Brinkema
United States District Judge   6/21/21